No. 99–5393.  RIOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5394.  ROBLYER v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–5396.  YASIN ET AL. v. UNITED STATES ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–5397.  BLATZ v. SEABOLD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–5398.  WOLFF v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 99–5399.  BERNARDINO v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 99–5400.  SKAGGS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–5401.  PARRISH v. HOLIDAY INN.  Ct. App. Neb.  Certiorari denied.

No. 99–5403.  BREWER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–5404.  WILLIAMS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5405.  VALDES v. HAHN, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–5406.  BEKOVICH v. COYLE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–5407.  BELL-EL v. PITCHER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–5409.  CURRY v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 99–5411.  LEVY v. SUPERINTENDENT OF PUBLIC SCHOOLS, FAIRFAX COUNTY, VIRGINIA.  C. A. 4th Cir.  Certiorari denied.